**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:

John William Lumley & Dawn
Alda Mary Lumley

                    Debtor

Case No.  17-00843-FLK7

ORDER COMPELLING AMENDMENT

The United States Trustee has moved for an order requiring the Debtors to amend their Form 122A-1 Statement of Current Monthly Income.  No party has objected to the motion of the United States Trustee.  The court has reviewed the notice, motion, and files related to this case.

NOW THEREFORE, it is hereby ordered, adjudged, and decreed as follows:

1.  The correct amount of income for Mr. Lumley on Line 2 of the Debtors' Form 122A-1 is $3538.45 per month; and

2.  The correct amount of income for Mrs. Lumley on Line 2 of the Debtors'

Order Compelling Amendment - 1

Form 122A-1 is $3405.15 per month; and

3. The Debtors shall amend their Form 122A-1 using the above income figures, shall then complete a Form 122A-2 accordingly, and shall file both the amended Form 122A-1 and Form 122A-2 with the Court within 14 days after the date of this Order.

///END OF ORDER///

Presented By:

*/s/ James D. Perkins*
James D. Perkins
Attorney for the United States Trustee

Order Compelling Amendment - 2